IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES L. TURNER,                                  Case No. 07-6158-HO

        Plaintiff,                               JUDGMENT

    v.

Commissioner of Social Security,

        Defendant.


The decision of the Commissioner is affirmed.

DATED this __17th__ day of November, 2008.


                                 __s/ Michael R. Hogan__
                               United States District Judge